# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

BARBARA A. ELLIS,

        Plaintiff,

v.

CHASE HOME FINANCE, LLC,
JPMORGAN CHASE BANK, N.A.,
DEUTSCHE BANK NATIONAL
TRUST COMPANY, as Trustee, and
UNKNOWN TRUST, the currently
unknown asset-backed security at issue,

        Defendants.

Case No. 2:14-cv-11186-PJD-MJH

Hon. Patrick J. Duggan

| | |
|---|---|
| Adam J. Gantz (P58558) | Joseph H. Hickey (P41664) |
| Nickolas C. Buonodono (P70835) | Kyle R. Dufrane (P58809) |
| Attorneys for Plaintiffs | Thomas H. Trapnell (P74345) |
| GANTZ ASSOCIATES | Attorneys for JPMorgan Chase Bank, |
| 27750 Middlebelt Road, Ste. 100 | N.A., and Deutsche Bank National Trust |
| Farmington Hills, MI  48334 | Company, as Trustee |
| (248) 987-6506 | DYKEMA GOSSETT PLLC |
| agantz@gantzassociates.com | 400 Renaissance Center |
| | Detroit, MI  48243 |
| | (313) 568-6529 |
| | kdufrane@dykema.com |
| | ttrapnell@dykema.com |

## APPEARANCE

Please enter the Appearance of Kyle R. Dufrane of Dykema Gossett PLLC

as one of the attorneys of record for Defendants JPMorgan Chase Bank, N.A., on

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•39577 WOODWARD AVENUE, SUITE 300•BLOOMFIELD HILLS, MICHIGAN 48304

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•39577 WOODWARD AVENUE, SUITE 300•BLOOMFIELD HILLS, MICHIGAN  48304

its own behalf and as successor by merger to Chase Home Finance, LLC and

Deutsche Bank National Trust Company, solely and exclusively in its capacity as

Trustee for Washington Mutual Mortgage Pass-Through Certificates, Series 2004-

AR, improperly named as "Deutsche Bank National Trust Company, as Trustee"

DYKEMA GOSSETT PLLC

By: */s/ Kyle R. Dufrane*
    Joseph H. Hickey (P41664)
    Kyle R. Dufrane (P58809)
    Thomas H. Trapnell (P74345)
    Attorneys for JPMorgan Chase Bank,
    N.A., and Deutsche Bank National Trust
    Company, as Trustee
    400 Renaissance Center
    Detroit, MI  48243
    (313) 568-6529
    kdufrane@dykema.com
    ttrapnell@dykema.com

Dated:      March 24, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2014, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send a copy to all counsel of record.

By:*/s/ Kyle R. Dufrane*
Joseph H. Hickey (P41664)
Kyle R. Dufrane (P58809)
Thomas H. Trapnell (P74345)
Attorneys for JPMorgan Chase Bank,
N.A., and Deutsche Bank National Trust
Company, as Trustee
400 Renaissance Center
Detroit, MI 48243
(313) 568-6529
kdufrane@dykema.com
ttrapnell@dykema.com

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•39577 WOODWARD AVENUE, SUITE 300•BLOOMFIELD HILLS, MICHIGAN 48304