UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA A. ELLIS,

      Plaintiff,

v.

CHASE HOME FINANCE, LLC,
JPMORGAN CHASE BANK, N.A.,
DEUTSCHE BANK NATIONAL
TRUST COMPANY, as Trustee, and
UNKNOWN TRUST, the currently
unknown asset-backed security at issue,

      Defendants.

Case No. 2:14-cv-11186

Hon. Patrick J. Duggan

Magistrate Judge Michael J. Hluchaniuk

### FIRST STIPULATED ORDER EXTENDING DEFENDANTS' DATE TO RESPOND TO COMPLAINT

Plaintiff Barbara A. Ellis ("Plaintiff"), and Defendants JPMorgan Chase Bank, N.A., on its own behalf and as successor by merger to Chase Home Finance, LLC (collectively referred to as "Chase"), and Deutsche Bank National Trust Company, solely and exclusively in its capacity as Trustee for Washington Mutual Mortgage Pass-Through Certificates, Series 2004-AR ("Trustee"), improperly named as "Deutsche Bank National Trust Company, as Trustee" (collectively "Defendants") (collectively referred to as the "Parties"), by their undersigned counsel, having stipulated to the entry of an order extending until April 17, 2014,

the date by which Defendants must answer, move, or otherwise respond to Plaintiff's Complaint as permitted by the Federal Rules of Civil Procedure;

IT IS HEREBY ORDERED that the date by which Defendants must answer, move, or otherwise respond to Plaintiff's Complaint shall be, and is, extended until April 17, 2014.

SO ORDERED.

                s/Patrick J. Duggan
                Patrick J. Duggan
                United States District Judge

Dated:  March 27, 2014
I hereby certify that a copy of the foregoing document was served upon counsel of record on March 27, 2014, by electronic and/or ordinary mail.

                s/Marilyn Orem
                Case Manager


**STIPULATED BY:**

| GANTZ ASSOCIATES | DYKEMA GOSSETT PLLC |
|---|---|
| */s/ Adam J. Gantz* (w/consent)<br>Adam J. Gantz (P58558)<br>Nickolas C. Buonodono (P70835)<br>Attorneys for Plaintiffs<br>27750 Middlebelt Road, Ste. 100<br>Farmington Hills, MI  48334<br>(248) 987-6506<br>agantz@gantzassociates.com | /s/   *Thomas H. Trapnell*<br>Joseph H. Hickey (P41664)<br>Kyle R. Dufrane (P58809)<br>Thomas H. Trapnell (P74345)<br>Attorneys for JPMorgan Chase Bank, N.A., and Deutsche Bank National Trust Company, as Trustee<br>400 Renaissance Center<br>Detroit, MI 48243<br>(313) 568-6800<br>kdufrane@dykema.com<br>ttrapnell@dykema.com |