**UNITED STATES DISTRICT COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BARBARA A. ELLIS,

Plaintiff,

vs.

CHASE HOME FINANCE, LLC, JPMORGAN CHASE BANK, N.A., DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee, and UNKNOWN TRUST, the currently unknown asset-backed security at issue.

Defendants

Case No. 2:14-cv-11186

Hon. Patrick J. Duggan

Magistrate Judge Michael J. Hluchaniuk

---

Adam J. Gantz (P58558)
Nickolas C. Buonodono (P70835)
Attorneys for Plaintiffs
GANTZ ASSOCIATES
27750 Middlebelt Road, Ste. 100
Farmington Hills, MI 48334
(248) 987-6506
agantz@gantzassociates.com

Joseph H. Hickey (P41664)
Christyn M. Scott (P67485)
Kyle R. Dufrane (P58809)
Thomas H. Trapnell (P74345)
**DYKEMA GOSSETT PLLC**
Attorneys for JPMorgan Chase Bank, N.A., and Deutsche Bank National Trust Company, as Trustee
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
(248) 203-0746
cscott@dykema.com
kdufrane@dykema.com
ttrapnell@dykema.com

---

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•39577 WOODWARD AVENUE, SUITE 300•BLOOMFIELD HILLS, MICHIGAN 48304

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•39577 WOODWARD AVENUE, SUITE 300•BLOOMFIELD HILLS, MICHIGAN 48304

**APPEARANCE**

Please enter the Appearance of Christyn M. Scott of Dykema Gossett PLLC as one of the attorneys of record for Defendants JPMorgan Chase Bank, N.A. and Deutsche Bank National Trust Company, as Trustee.

DYKEMA GOSSETT PLLC

By:/s/ Christyn M. Scott

Joseph H. Hickey (P41664)
Christyn M. Scott (P67485)
Kyle R. Dufrane (P58809)
Thomas H. Trapnell (P74345)
Attorneys for Defendants JPMorgan Chase Bank, N.A. and Deutsche Bank National Trust Company, as Trustee
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
(248) 203-0746
cscott@dykema.com
jhickey@dykema.com
kdufrane@dykema.com
ttrapnell@dykema.com

Dated: July 3, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2014, I electronically filed the foregoing Appearance with the Clerk of the Court using the ECF system and that this document was served on the individuals listed in the above caption through the E-File & Serve System.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Christyn M. Scott

Dated: July 3, 2014

BH01\2057884.1
ID\CMB - 008241\1683

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•39577 WOODWARD AVENUE, SUITE 300•BLOOMFIELD HILLS, MICHIGAN 48304