UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Barbara A. Ellis,

           Plaintiff(s),

v.                                      Case No. 2:14–cv–11186–LJM–MJH
                                        Hon. Laurie J. Michelson

Chase Home Finance, LLC, et al.,

           Defendant(s),

## ORDER VACATING ORDER TO SHOW CAUSE

The Court having issued an Order to Show Cause on 6/26/2014, and the appropriate action having been taken;

IT IS HEREBY ORDERED that the Court's Order to Show Cause is satisfied and hereby vacated.

SO ORDERED.


                                              s/Laurie J. Michelson
                                              Laurie J. Michelson
                                              U.S. District Judge


## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/J. Johnson
                                             Case Manager

Dated:  July 3, 2014