UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA ELLIS,

    Plaintiff,

v.

CHASE HOME FINANCE, LLC.,
JP MORGAN CHASE BANK, N.A.,
DEUTSCHEBANK NATIONAL TRUST
COMPANY, as Trustee, and UNKNOWN
TRUST, the currently unknown asset-backed
security at issue.

    Defendants.
_____/

Case No. 14-11186
Honorable Laurie J. Michelson
Magistrate Judge Michael Hluchaniuk

## JUDGMENT

In accordance with the Court's Opinion and Order dated December 16, 2014, the Court hereby enters judgment in favor of Defendants, granting Defendants' Motion Dismiss and dismisses the Complaint.

    s/Laurie J. Michelson
    LAURIE J. MICHELSON
    UNITED STATES DISTRICT JUDGE

Dated:  December 16, 2014

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on December 16, 2014.

    s/Jane Johnson
    Case Manager to
    Honorable Laurie J. Michelson