UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA ELLIS,

    Plaintiffs,

v

CHASE HOME FINANCE, LLC,
JPMORGAN CHASE BANK, N.A.,
DEUTSCHE BANK NATIONAL
TRUST COMPANY, as Trustee, and
UNKNOWN TRUST, the currently
unknown asset-backed security at issue,

    Defendants.

No. 2:14-cv-11186
Honorable Laurie J. Michelson
Mag. Judge Michael J. Hluchaniuk

___

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff/Appellant, Barbara Ellis, hereby files this appeal to the United States Court of Appeals for the Sixth Circuit from the United States District Court for the Eastern District of Michigan's Order [doc. # 23] entered on December 16, 2014 and Judgment [doc. # 24] in favor of Defendant/Appellee Chase Home Finance, LLC; et al. entered on December 16, 2014.

Respectfully submitted:

**GANTZ ASSOCIATES**

Dated: January 14, 2015

By: /s/ Adam J. Gantz
Adam J. Gantz (P58558)
Attorneys for Plaintiff/Appellant
31275 Northwestern Hwy., Suite 208
Farmington Hills, MI 48834
Telephone: (248) 987-6505
agantz@gantzassociates.com

## CERTIFICATE OF SERVICE

I hereby certify that today I filed a **NOTICE OF APPEAL** and this **CERTIFICATE OF SERVICE** using the Court's ECF system, which will automatically send notice of such filing to all attorneys of record. I further certify that I did not serve this document on any party via U.S. Mail. I declare that the statement above is true to the best of my information, knowledge, and belief.

                                            Respectfully submitted:

                                            **GANTZ ASSOCIATES**

Dated: January 14, 2015        By:   /s/ Adam J. Gantz
                                            Adam J. Gantz (P58558)
                                            Attorneys for Plaintiff/Appellant
                                            31275 Northwestern Hwy., Suite 208
                                            Farmington Hills, MI 48834
                                            Telephone: (248) 987-6505
                                            agantz@gantzassociates.com