UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Barbara A. Ellis,

           Plaintiff(s),

v.                                      Case No. 2:14–cv–11186–LJM–MJH
                                       Hon. Laurie J. Michelson

Chase Home Finance, LLC, et al.,

           Defendant(s).

_____

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

        United States Court of Appeals for the Sixth Circuit
        Potter Stewart U.S. Courthouse
        100 East Fifth Street, Fifth Floor
        Cincinnati, OH   45202–3988

and all interested parties, by electronic means or first class U.S. mail, on January 14, 2015.


                                         DAVID J. WEAVER, CLERK OF COURT


                                         By: s/ D. Worth
                                                Deputy Clerk


Dated:   January 14, 2015