# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 07, 2016

Ms. Barbara Ann Ellis
8293 Huron River Road
South Rockwood, MI 48179

Ms. Christyn Monique Scott
Dykema Gossett
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304

           Re:  Case No. 15-1059, *Barbara Ellis v. Chase Home Finance, LLC, et al*
                Originating Case No. : 2:14-cv-11186

Dear Sir or Madam,

   The Court issued the enclosed Order today in this case.

                                              Sincerely yours,

                                              s/Laura A. Jones
                                              Case Manager
                                              Direct Dial No. 513-564-7023

cc:  Mr. Kyle R. Dufrane
      Mr. Thomas H. Trapnell
      Mr. David J. Weaver

Enclosure

Case No. 15-1059

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

BARBARA ANN ELLIS

      Plaintiff - Appellant

v.

CHASE HOME FINANCE, LLC, et al.
      Defendants - Appellees

BEFORE:  COLE, Chief Judge;  SUTTON and DONALD, Circuit Judges;

    Upon consideration of appellant's motion to stay the mandate.

It is **ORDERED** that the motion be, and it hereby is, **DENIED**.

                          **ENTERED BY ORDER OF THE COURT**
                          Deborah S. Hunt, Clerk

Issued: June 07, 2016