# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 07, 2016

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 15-1059, *Barbara Ellis v. Chase Home Finance, LLC, et al*
Originating Case No. : 2:14-cv-11186

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Laura A. Jones
Case Manager
Direct Dial No. 513-564-7023

cc: Mr. Kyle R. Dufrane
Ms. Barbara Ann Ellis
Ms. Christyn Monique Scott
Mr. Thomas H. Trapnell

Enclosure

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 15-1059

_____

Filed: June 07, 2016

BARBARA ANN ELLIS

      Plaintiff - Appellant

v.

CHASE HOME FINANCE, LLC; JPMORGAN CHASE BANK, N.A.; UNKNOWN TRUST, THE CURRENTLY UNKNOWN ASSET-BACKED SECURITY AT ISSUE; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Washington Mutual Mortgage Pass-Through Certificate. Series 2004-AR

      Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 02/08/2016 the mandate for this case hereby issues today.

COSTS: None